**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) | **CASE NO. 8:04CV276** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **FIVE POINTS BANK, et al.,** | ) ) | |
| **Defendants.** | ) | |

The Clerk's Office has requested that Document Number 50, 51 be stricken from the record for the following reason:

- Duplicate document of number 49.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 50, 51 from the record.

DATED this 24th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge