## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:04CV276** |
| vs. | ) ) | **ORDER** |
| **FIVE POINTS BANK, et al.,** | ) ) | |
| **Defendants.** | ) | |

The July 12, 2005 trial, is hereby cancelled pending resolution of the Motion to Withdraw (#49) filed by Richard E. Gee.  A new trial date will be set by further order of the court.

**IT IS SO ORDERED.**

**DATED June 27, 2005.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**