## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV276 |
| vs. | ) ) | ORDER |
| **FIVE POINTS BANK, et al.,** | ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Richard E. Gee for leave to withdraw as counsel for Trudi R. Henke (#49).  On July 7, 2005, Jim K. McGaugh entered an appearance on behalf of Ms. Henke.

**IT IS THEREFORE ORDERED:**

1. The motion to withdraw (#49) is granted, and Richard E. Gee is given leave to withdraw as counsel for Trudi R. Henke.

2. The July 28, 2005 hearing on the motion to withdraw is cancelled.

3. The final pretrial conference and trial date will be rescheduled by further order of the court.

**DATED July 7, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**