IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 8:04cv276 |
| vs. | ) ) | ORDER |
| FIVE POINTS BANK, et al., | ) ) | |
| Defendant. | ) | |

THIS MATTER came before the court for a planning conference. Appearing telephonically were James McGough representing Trudie Henke and James Wagoner representing the remaining parties. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Monday, August 15, 2005 at 2:00 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 15th day of July 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge