IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) | **CASE NO. 8:04CV276** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| **vs.** | ) ) | |
| **FIVE POINTS BANK, et al.,** | ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion for Enlargement of Time (Filing No. 64) in which Defendant Trudi R. Henke seeks additional time to respond to the motion for summary judgment filed by Defendant Twyla Dawn Burmeister. The motion was filed on July 27, 2005, and no objection has been made to the motion. I find good cause to grant the requested extension. Accordingly,

IT IS ORDERED:

1. The Motion for Extension of Time (Filing No. 64) is granted;

2. Defendant Trudi R. Henke shall respond to the Defendant Twyla Dawn Burmeister's motion for summary judgment on or before Friday, September 9, 2005.

DATED this 10th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge