IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Plaintiff,<br><br>vs.<br><br>FIVE POINTS BANK, et al.,<br><br>Defendant. | Case No. 8:04cv276<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Counsel James McGough and James Wagoner appeared telephonically. After reviewing the status of the case, by the agreement of the parties and in the interest of justice,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Monday, November 7, 2005 at 11:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 16th day of August 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge