## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) | **CASE NO. 8:04CV276** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER ON STIPULATION AND CONSENT** |
| **FIVE POINTS BANK, of Grand Island Nebraska, as Personal Representative of the Estate of Rodney R. Chitty; TRUDI R. HENKE, individually and on behalf of all minor offspring of Trudi R. Henke and Rodney R. Chitty, and MITCHEL CHITTY, minor offspring of Trudi R. Henke and Rodney R. Chitty et al., and TWYLA DAWN BURMEISTER, individually and on behalf of all minor offspring to Twyla Dawn Burmeister and Rodney R. Chitty, and MIRISSA L. CHITTY, minor offspring of Twyla Dawn Burmeister and Rodney R. Chitty,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants and Cross Claimants. | ) ) | |

This matter is before the Court on the Stipulation (Filing No. 68) by and between all the remaining parties to resolve all issues between them. I have reviewed the Stipulation, and I conclude that it should be approved. The Accordingly,

IT IS ORDERED:

1. The Stipulation and Consent to Entry of Order (Filing No. 68) is approved;

2. The Defendant and Cross-Claimant Twyla D. Burmeister, as the Beneficiary-Designate of the Optional Group Life Insurance Policy No. SA3-xxx-xxxxxx-01, (Exhibit A to the Complaint for Interpleader at Filing No. 1), shall receive

$132,000, from the proceeds of that policy that were deposited with the Clerk of the Court on June 30, 2004 (pursuant to Filing No. 10, receipt no. 820672); and the Clerk of the Court is hereby ordered to take all steps necessary to distribute that amount to Burmeister;

3. Any interest earned on the $132,000, whether originally paid into the Clerk of the Court or subsequently accrued, shall be distributed as follows:

   a. First, to the Clerk of the Court to cover applicable administrative costs; and

   b. Second, the balance to Defendant and Cross-Claimant Trudi R. Henke;

   and the Clerk of the Court is hereby ordered to take all steps necessary to distribute the interest accordingly.

4. All pending motions, including Burmeister's motion for summary judgment (Filing No. 60), are denied as moot; and

5. The Complaint and all claims, specifically including all cross-claims in this matter, are dismissed with prejudice, consistent with the parties' Stipulation.

DATED this 4th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge